ADOLPH APTON, Appellant, v. BARCLAYS BANK LIMITED, Respondent.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

COUNTY OF NASSAU, Respondent, v. BENJAMIN DAVIS et al., Defendants, and HELEN JASCHEK, Appellant.— Present — Lazansky, P. J., Carswell, Johnston and Taylor, JJ.; Adel, J., not voting.

ELAINE F. GLICKMAN, as Administratrix of the Estate of CELIA KATZ, Deceased, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ANNA S. GWYDIR, JR., et al., Appellants, v. ALBERT COWDELL, JR., Respondent. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

COLERIDGE HART, Respondent, v. SOCONY-VACUUM OIL COMPANY, INCORPORATED, Appellant.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of CITY BANK FARMERS TRUST COMPANY, as Trustee, Respondent. REALTY ASSOCIATES, INC., Appellant.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Certain Premises for Park Purposes Located in Block 4987, Bounded by Farragut Road, East 40th Street, Foster Avenue and Albany Avenue, in the Borough of Brooklyn. LILY B. CORTELYOU et al., Appellants.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of JACOB J. LEVINE.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

EVELYN M. LANE, Appellant, v. THE CITY OF NEW YORK, Respondent.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

LIBERTY NURSING HOME, INC., Plaintiff, v. NEW AMSTERDAM CASUALTY COMPANY, Defendant.— Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

LYNBROOK GARDENS, INC., Appellant and Respondent, v. BERNARD C. ULLMANN, Respondent and Appellant.— [See ante, p. 859.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.